### LAFE LEWELLEN v. STATE.

No. A-3404. Opinion Filed Jan. 26, 1920.

Appeal from County Court, Tulsa County; H. L. Standeven, Judge.

Lafe Lewellen was convicted of a violation of the prohibitory liquor law, and he appeals. Affirmed.

D. M. Martindale, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Lafe Lewellen, was convicted in the county court of Tulsa county on a charge that in said county on the 6th day of January, 1917, he did have in his possession 334 half pints of whisky with intent then and there to sell the same, and in accordance with the verdict of the jury he was sentenced to be confined in the county jail for 30 days and to pay a fine of $50 and the costs. From the judgment rendered on the verdict, he appeals. No brief has been filed. When the case was called for final submission, the Attorney General moved to affirm the judgment for failure to prosecute the appeal. For the reason s ated, the motion is sustained, and the judgment of the trial court is affirmed.

---

### DAN WARD v. STATE.

No. A-3403. Opinion Filed Jan. 26. 1920.

Appeal from County Court, Tulsa County; H. L. Standeven, Judge.

Dan Ward was convicted of a violation of the prohibitory liquor law, and he appeals. Affirmed.

D. M. Martindale, for plaintiff in error.

W.C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Dan Ward, was convicted on a charge that in Tulsa county on the 28th day of September, 1917, he did have in his possession 22 half pints of whisky with intent to sell the same, and in accordance with the verdict of the jury he was on the 28th day of February, 1918, sentenced to be confined in the county jail for a period, of 60 days and pay a fine of $100 and the costs. From the judgment an appeal was taken by filing in this court on June, 1918, a petition in error with case-made. No brief has been filed. When the case was called for final submission, the Attorney General moved to affirm the judgment for failure to prosecute the appeal. For the reason stated, the motion is sustained; and the judgment of the trial court is affirmed.